BRUCE BOTHWELL, ESQ. #94790
brucebothwell@yahoo.com
LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860
Long Beach, California  90831-1860
Telephone:  (562) 435-0818
Facsimile:  (562) 435-0878

JS - 6

Attorneys for Plaintiffs W.D., Tony D., Queenie L.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.D., a minor, by and through his Guardians ad litem, TONY D. and QUEENIE L.; TONY D. on his own behalf; and QUEENIE L. on her own behalf,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>GARVEY ELEMENTARY SCHOOL DISTRICT,<br><br>                    Defendant | CASE NO.: CV 08-2934 CAS (JWJx)<br><br>[~~PROPOSED~~] ORDER TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE<br><br>Judge: Honorable Christina A. Snyder<br><br>Complaint Filed: May 7, 2008 |

Based upon the stipulation of the parties filed concurrently herewith,

**THE COURT ORDERS** that pursuant to the Stipulation to Voluntarily Dismiss under Federal Rules of Civil Procedure Rules 41(a)(1)(ii) the Complaint in this matter is dismissed with prejudice.

Dated:  November 20, 2008

*/s/ Christina A. Snyder*
JUDGE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is One World Trade Center, Suite 1860, Long Beach, CA 90831-1860.

On November 19, 2008, I served the foregoing document described **[PROPOSED] ORDER TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE** on the interested parties in this action by placing a true copy thereof in (a) sealed envelope(s) addressed to:

Bonifacio Garcia, Esq.
GARCIA CALDERON & RUIZ LLP
500 South Grand Avenue, Suite 1100
Los Angeles, CA 90071

Mr. Benjamin Nieberg, Esq.
GARCIA CALDERON RUIZ
625 Broadway, Suite 900
San Diego, CA 92101

  x   (BY MAIL)  I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Long Beach, California.

___ (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

___(BY ELECTRONIC MAIL)--I caused a true and complete copy of the document described above to be transmitted via electronic mail, to the email address as shown above originating from Bruce Bothwell's email address, pursuant to California Rules of Court, rule 2060 and Government Code section 11440.20.

[ ] (**BY UPS NEXT DAY AIR**)  I caused the above-described document to be served on the interested parties noted above by United Parcel Service.

Executed on November 19, 2008, at Long Beach, California.

 [x]    Federal

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

　　　　　　　　　　　　　　　　　　　　　 /s/ Tiffany Singer
　　　　　　　　　　　　　　　　　　　　　TIFFANY SINGER